**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luis  G. Floriano

Debtor(s)

CHAPTER 13

BKY. NO. 26-12050 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
29 May 2026, 11:06:59, EDT

      KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 0d41578ab29a35cfb9df6e0b6187505312a30d409cc6e1e97aa7141b26f6f0e5