**KEURIG DrPepper**

| | |
|---|---|
| **EMP #**<br>02091067<br>Cost Center: 10311011 | **E A R N I N G S   S T A T E M E N T** |

| | |
|---|---|
| | **Period Beginning:** 05/03/2026<br>**Period Ending:** 05/09/2026<br>**Check Date:** 05/15/2026<br>**Pers. No** 10009799 |

Basis of Pay:          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 18,183.71 |
| Overtime 1.0 | 23.61 | 14.22 | 335.73 | 2,422.62 |
| Calculated OT0.5 | 11.81 | 14.22 | 167.94 | 1,211.83 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 180.00 | 2,970.00 |
| **Gross Pay** | | | **1,628.07** | **26,488.08** |

**Tax Deductions: Federal**

| | Amount | Year-To-Date |
|---|---|---|
| Withholding Tax | 134.70- | 1,856.93- |
| EE Social Security Tax | 84.91- | 1,360.74- |
| EE Medicare Tax | 19.86- | 318.24- |

**Tax Deductions: New Jersey**

| | | |
|---|---|---|
| EE Unemployment Tax | 5.54- | 89.96- |
| EE Workforce Devlpmt T | 0.62- | 10.00- |
| EE Disability Tax | 2.75- | 44.68- |
| EE Family Leave Insur | 3.33- | 54.09- |

**Tax Deductions: Pennsylvania**

| | | |
|---|---|---|
| Withholding Tax | 42.04- | 673.80- |

**Additional Deductions**

| | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 825.80- |
| *Dental Pre Tax | 10.79- | 215.80- |
| *Vision Pre Tax | 1.45- | 29.00- |
| *HSA | 25.00- | 500.00- |
| 401k Loan 1 | 10.57- | 211.40- |
| Union Dues | | 295.00- |
| **Total Net Pay** | **1,245.22** | **20,002.64** |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 795.22 |

**Messages**
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,369.54

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034                              Check Date:05/15/2026

Phone  866-537-6947

**T H I S   I S   N O T   A   C H E C K ! ! !**                              **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 795.22 |

**Keurig DrPepper™**

| EMP # | **E A R N I N G S    S T A T E M E N T** |
|---|---|
| 02091067 | |
| Cost Center: 10311011 | |

```
Period Beginning:   05/03/2026
Period Ending:      05/09/2026
Check Date:         05/15/2026
Pers. No            10009799
```

**Basis of Pay:**          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

```
------------------------------------------------------------
Total Work Hours for Pay Period                   54.22
------------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:05/15/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!          N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |

**KEURIG DrPepper™**

| EMP # | | E A R N I N G S    S T A T E M E N T |
|---|---|---|
| 02091067 | | |
| Cost Center: 10311011 | | |

Period Beginning:   04/19/2026
Period Ending:      04/25/2026
Check Date:         05/01/2026
Pers. No            10009799

Basis of Pay:          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 16,294.91 |
| Overtime 1.0 | 23.61 | 8.42 | 198.80 | 1,839.69 |
| Calculated OT0.5 | 11.81 | 8.42 | 99.44 | 920.24 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 180.00 | 2,610.00 |
| Gross Pay | | | 1,422.64 | 23,364.76 |
| Tax Deductions: Federal | | | | |
| Withholding Tax | | | 98.56- | 1,614.96- |
| EE Social Security Tax | | | 72.18- | 1,199.16- |
| EE Medicare Tax | | | 16.88- | 280.45- |
| Tax Deductions: New Jersey | | | | |
| EE Unemployment Tax | | | 4.76- | 79.39- |
| EE Workforce Devlpmt T | | | 0.53- | 8.82- |
| EE Disability Tax | | | 2.36- | 39.43- |
| EE Family Leave Insur | | | 2.86- | 47.74- |
| Tax Deductions: Pennsylvania | | | | |
| Withholding Tax | | | 35.74- | 593.79- |
| Additional Deductions | | | | |
| *Medical Pre Tax | | | 41.29- | 743.22- |
| *Dental Pre Tax | | | 10.79- | 194.22- |
| *Vision Pre Tax | | | 1.45- | 26.10- |
| *HSA | | | 25.00- | 450.00- |
| 401k Loan 1 | | | 10.57- | 190.26- |
| Union Dues | | | 59.00- | 295.00- |
| Total Net Pay | | | 1,040.67 | 17,602.22 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 590.67 |

Messages
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,164.11

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034                                    Check Date:05/01/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K ! ! !                    N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 590.67 |

**Keurig DrPepper™**

| EMP #<br>02091067<br>Cost Center: 10311011 | E A R N I N G S    S T A T E M E N T |
|---|---|

Period Beginning:  04/19/2026
Period Ending:     04/25/2026
Check Date:        05/01/2026
Pers. No           10009799

Luis Floriano
644 New Buckley St
Bristol PA  19007

Basis of Pay:          Hourly

```
------------------------------------------------------------
 Total Work Hours for Pay Period                      48.42
------------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034                           Check Date:05/01/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!               N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |

**Keurig Dr Pepper™**

| | | |
|---|---|---|
| **EMP #**<br>02091067<br>Cost Center: 10311011 | | **E A R N I N G S      S T A T E M E N T** |

| | |
|---|---|
| | Period Beginning:  04/26/2026<br>Period Ending:    05/02/2026<br>Check Date:       05/08/2026<br>Pers. No          10009799 |
| Basis of Pay:          Hourly | Luis Floriano<br>644 New Buckley St<br>Bristol PA  19007 |

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 17,239.31 |
| Overtime 1.0 | 23.61 | 10.47 | 247.20 | 2,086.89 |
| Calculated OT0.5 | 11.81 | 10.47 | 123.65 | 1,043.89 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 180.00 | 2,790.00 |
| Gross Pay | | | 1,495.25 | 24,860.01 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 107.27- | 1,722.23- |
| EE Social Security Tax | 76.67- | 1,275.83- |
| EE Medicare Tax | 17.93- | 298.38- |
| **Tax Deductions: New Jersey** | | |
| EE Unemployment Tax | 5.03- | 84.42- |
| EE Workforce Devlpmt T | 0.56- | 9.38- |
| EE Disability Tax | 2.50- | 41.93- |
| EE Family Leave Insur | 3.02- | 50.76- |
| **Tax Deductions: Pennsylvania** | | |
| Withholding Tax | 37.97- | 631.76- |

| Additional Deductions | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 784.51- |
| *Dental Pre Tax | 10.79- | 205.01- |
| *Vision Pre Tax | 1.45- | 27.55- |
| *HSA | 25.00- | 475.00- |
| 401k Loan 1 | 10.57- | 200.83- |
| Union Dues | | 295.00- |
| Total Net Pay | 1,155.20 | 18,757.42 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 705.20 |

**Messages**
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,236.72

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Phone  866-537-6947

Check Date:05/08/2026

**T H I S   I S   N O T   A   C H E C K ! ! !**                **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 705.20 |

**Keurig DrPepper**

| | |
|---|---|
| **EMP #**<br>02091067<br>Cost Center: 10311011 | **E A R N I N G S    S T A T E M E N T** |

| |
|---|
| Period Beginning:  04/26/2026<br>Period Ending:    05/02/2026<br>Check Date:       05/08/2026<br>Pers. No          10009799 |

**Basis of Pay:**          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

```
-------------------------------------------------------------
 Total Work Hours for Pay Period                     50.47
-------------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:05/08/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!

N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |