**Keurig DrPepper™**

```
         EMP #                                    E A R N I N G S    S T A T E M E N T
       02091067
Cost Center: 10311011
```

```
                                              Period Beginning:   04/12/2026
                                              Period Ending:      04/18/2026
                                              Check Date:         04/24/2026
                                              Pers. No            10009799
```

```
Basis of Pay:        Hourly              Luis Floriano
                                         644 New Buckley St
                                         Bristol PA  19007
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 15,350.51 |
| Overtime 1.0 | 23.61 | 5.30 | 125.13 | 1,640.89 |
| Calculated OT0.5 | 11.81 | 5.30 | 62.59 | 820.80 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 150.00 | 2,430.00 |
| **Gross Pay** | | | **1,282.12** | **21,942.12** |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 85.30- | 1,516.40- |
| EE Social Security Tax | 65.32- | 1,126.98- |
| EE Medicare Tax | 15.28- | 263.57- |
| Tax Deductions: New Jersey | | |
| EE Unemployment Tax | 4.33- | 74.63- |
| EE Workforce Devlpmt T | 0.48- | 8.29- |
| EE Disability Tax | 2.15- | 37.07- |
| EE Family Leave Insur | 2.61- | 44.88- |
| Tax Deductions: Pennsylvania | | |
| Withholding Tax | 32.35- | 558.05- |

| Additional Deductions | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 701.93- |
| *Dental Pre Tax | 10.79- | 183.43- |
| *Vision Pre Tax | 1.45- | 24.65- |
| *HSA | 25.00- | 425.00- |
| 401k Loan 1 | 10.57- | 179.69- |
| Union Dues | | 236.00- |
| **Total Net Pay** | **985.20** | **16,561.55** |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 535.20 |

**Messages**
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages    1,053.59

*Excluded from Federal Taxable Wages

```
        The American Bottling Company
        6425 Hall of Fame Lane
        Frisco, TX 75034                          Check Date:04/24/2026

        Phone  866-537-6947
    T H I S   I S   N O T   A   C H E C K !!!              N O N - N E G O T I A B L E
```

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 535.20 |

**Keurig DrPepper™**

| EMP #<br>02091067<br>Cost Center: 10311011 | E A R N I N G S    S T A T E M E N T |
|---|---|

| | Period Beginning:  04/12/2026<br>Period Ending:    04/18/2026<br>Check Date:       04/24/2026<br>Pers. No         10009799 |
|---|---|

Basis of Pay:         Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

```
-----------------------------------------------------------------
Total Work Hours for Pay Period                         45.30
-----------------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/24/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!                          N O N  -  N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |

**Keurig DrPepper**™

EMP #
02091067
Cost Center: 10311011

**E A R N I N G S     S T A T E M E N T**

Period Beginning:  04/05/2026
Period Ending:     04/11/2026
Check Date:        04/17/2026
Pers. No           10009799

Luis Floriano
644 New Buckley St
Bristol PA  19007

Basis of Pay:        Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 14,406.11 |
| Overtime 1.0 | 23.61 | 3.77 | 89.01 | 1,515.76 |
| Calculated OT0.5 | 11.81 | 3.77 | 44.52 | 758.21 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 150.00 | 2,280.00 |
| Gross Pay | | | 1,227.93 | 20,660.00 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 78.80- | 1,431.10- |
| EE Social Security Tax | 61.96- | 1,061.66- |
| EE Medicare Tax | 14.49- | 248.29- |
| Tax Deductions: New Jersey | | |
| EE Unemployment Tax | 4.12- | 70.30- |
| EE Workforce Devlpmt T | 0.46- | 7.81- |
| EE Disability Tax | 2.05- | 34.92- |
| EE Family Leave Insur | 2.48- | 42.27- |
| Tax Deductions: Pennsylvania | | |
| Withholding Tax | 30.68- | 525.70- |

| Additional Deductions | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 660.64- |
| *Dental Pre Tax | 10.79- | 172.64- |
| *Vision Pre Tax | 1.45- | 23.20- |
| *HSA | 25.00- | 400.00- |
| 401k Loan 1 | 10.57- | 169.12- |
| Union Dues | | 236.00- |
| Total Net Pay | 943.79 | 15,576.35 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 493.79 |

Messages
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages          999.40

*Excluded from Federal Taxable Wages

---

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/17/2026

Phone  866-537-6947

**T H I S   I S   N O T   A   C H E C K !!!**          **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 493.79 |

**Keurig DrPepper**

**EARNINGS    STATEMENT**

EMP #
02091067
Cost Center: 10311011

| Period Beginning: | 04/05/2026 |
|---|---|
| Period Ending: | 04/11/2026 |
| Check Date: | 04/17/2026 |
| Pers. No | 10009799 |

Luis Floriano
644 New Buckley St
Bristol PA  19007

Basis of Pay:        Hourly

```
-------------------------------------------------------
Total Work Hours for Pay Period                  43.77
-------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/17/2026

Phone  866-537-6947

**THIS  IS  NOT  A  CHECK!!!**                    **NON - NEGOTIABLE**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |

**Keurig DrPepper™**

| EMP # | | E A R N I N G S    S T A T E M E N T |
|---|---|---|
| 02091067 | | |
| Cost Center: 10311011 | | |

Period Beginning:  03/29/2026
Period Ending:     04/04/2026
Check Date:        04/10/2026
Pers. No           10009799

Basis of Pay:         Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 13,461.71 |
| Overtime 1.0 | 23.61 | 5.60 | 132.22 | 1,426.75 |
| Calculated OT0.5 | 11.81 | 5.60 | 66.14 | 713.69 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 150.00 | 2,130.00 |
| Gross Pay | | | 1,292.76 | 19,432.07 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 86.58- | 1,352.30- |
| EE Social Security Tax | 65.99- | 999.70- |
| EE Medicare Tax | 15.43- | 233.80- |
| Tax Deductions: New Jersey | | |
| EE Unemployment Tax | 4.37- | 66.18- |
| EE Workforce Devlpmt T | 0.48- | 7.35- |
| EE Disability Tax | 2.17- | 32.87- |
| EE Family Leave Insur | 2.62- | 39.79- |
| Tax Deductions: Pennsylvania | | |
| Withholding Tax | 32.67- | 495.02- |

| Additional Deductions | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 619.35- |
| *Dental Pre Tax | 10.79- | 161.85- |
| *Vision Pre Tax | 1.45- | 21.75- |
| *HSA | 25.00- | 375.00- |
| 401k Loan 1 | 10.57- | 158.55- |
| Union Dues | | 236.00- |
| Total Net Pay | 993.35 | 14,632.56 |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 543.35 |

Messages
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,064.23

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/10/2026

Phone  866-537-6947

**T H I S   I S   N O T   A   C H E C K !!!**                    **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 543.35 |

**Keurig DrPepper™**

| EMP #<br>02091067<br>Cost Center: 10311011 | | **E A R N I N G S    S T A T E M E N T** |
|---|---|---|

| | Period Beginning: | 03/29/2026 |
|---|---|---|
| | Period Ending: | 04/04/2026 |
| | Check Date: | 04/10/2026 |
| | Pers. No | 10009799 |

Luis Floriano
644 New Buckley St
Bristol PA  19007

Basis of Pay:          Hourly

```
--------------------------------------------------------
Total Work Hours for Pay Period                   45.60
--------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/10/2026

Phone  866-537-6947

**T H I S    I S    N O T    A    C H E C K !!!**          **N O N  -  N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |