**Keurig DrPepper™**

| | |
|---|---|
| **EMP #** 02091067 <br> Cost Center: 10311011 | **E A R N I N G S     S T A T E M E N T** |

Period Beginning:   03/22/2026
Period Ending:      03/28/2026
Check Date:         04/03/2026
Pers. No            10009799

Basis of Pay:          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 12,517.31 |
| Overtime 1.0 | 23.61 | 8.55 | 201.87 | 1,294.53 |
| Calculated OT0.5 | 11.81 | 8.55 | 100.98 | 647.55 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 377.76 |
| Mileage Reimbur | | | 150.00 | 1,980.00 |
| | | | | |
| **Gross Pay** | | | **1,397.25** | **18,139.31** |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 99.11- | 1,265.72- |
| EE Social Security Tax | 72.46- | 933.71- |
| EE Medicare Tax | 16.95- | 218.37- |
| Tax Deductions: New Jersey | | |
| EE Unemployment Tax | 4.77- | 61.81- |
| EE Workforce Devlpmt T | 0.53- | 6.87- |
| EE Disability Tax | 2.37- | 30.70- |
| EE Family Leave Insur | 2.87- | 37.17- |
| Tax Deductions: Pennsylvania | | |
| Withholding Tax | 35.88- | 462.35- |

| Additional Deductions | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 578.06- |
| *Dental Pre Tax | 10.79- | 151.06- |
| *Vision Pre Tax | 1.45- | 20.30- |
| *HSA | 25.00- | 350.00- |
| 401k Loan 1 | 10.57- | 147.98- |
| Union Dues | 59.00- | 236.00- |
| | | |
| **Total Net Pay** | **1,014.21** | **13,639.21** |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 564.21 |

**Messages**
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,168.72

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/03/2026

Phone  866-537-6947

**T H I S   I S   N O T   A   C H E C K !!!**          **N O N  -  N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 564.21 |

**Keurig DrPepper**

| EMP #<br>02091067<br>Cost Center: 10311011 | E A R N I N G S      S T A T E M E N T |
|---|---|

| | Period Beginning:   03/22/2026<br>Period Ending:      03/28/2026<br>Check Date:         04/03/2026<br>Pers. No            10009799 |
|---|---|

Basis of Pay:          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

```
------------------------------------------------------------
 Total Work Hours for Pay Period                     48.55
------------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:04/03/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!                    N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |

**KEURIG DrPepper**

| | | |
|---|---|---|
| **EMP #**<br>02091067<br>Cost Center: 10311011 | | **E A R N I N G S     S T A T E M E N T** |

| | |
|---|---|
| | Period Beginning:  03/15/2026<br>Period Ending:    03/21/2026<br>Check Date:       03/27/2026<br>Pers. No         10009799 |
| Basis of Pay:        Hourly | Luis Floriano<br>644 New Buckley St<br>Bristol PA  19007 |

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 38.02 | 897.65 | 11,572.91 |
| Overtime 1.0 | | | | 1,092.66 |
| Calculated OT0.5 | | | | 546.57 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | 23.61 | 8.00 | 188.88 | 377.76 |
| Mileage Reimbur | | | 120.00 | 1,830.00 |
| ------------------------------------------------------- | | | | |
| Gross Pay | | | 1,206.53 | 16,742.06 |
| ------------------------------------------------------- | | | | |
| Tax Deductions: Federal | | | | |
|   Withholding Tax | | | 79.83- | 1,166.61- |
|   EE Social Security Tax | | | 62.49- | 861.25- |
|   EE Medicare Tax | | | 14.61- | 201.42- |
| Tax Deductions: New Jersey | | | | |
|   EE Unemployment Tax | | | 4.16- | 57.04- |
|   EE Workforce Devlpmt T | | | 0.46- | 6.34- |
|   EE Disability Tax | | | 2.06- | 28.33- |
|   EE Family Leave Insur | | | 2.50- | 34.30- |
| Tax Deductions: Pennsylvania | | | | |
|   Withholding Tax | | | 30.95- | 426.47- |
| Additional Deductions | | | | |
| ---------- ---------- | | | | |
|   *Medical Pre Tax | | | 41.29- | 536.77- |
|   *Dental Pre Tax | | | 10.79- | 140.27- |
|   *Vision Pre Tax | | | 1.45- | 18.85- |
|   *HSA | | | 25.00- | 325.00- |
|   401k Loan 1 | | | 10.57- | 137.41- |
|   Union Dues | | | | 177.00- |
| ------------------------------------------------------- | | | | |
| Total Net Pay | | | 920.37 | 12,625.00 |
| ------------------------------------------------------- | | | | |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 16.00 | 24.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.00 |
| Direct Deposit | 470.37 |

Messages
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,008.00

*Excluded from Federal Taxable Wages

---

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:03/27/2026

Phone  866-537-6947

**T H I S   I S   N O T   A   C H E C K ! ! !**                **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 470.37 |

**Keurig DrPepper™**

| EMP # | **E A R N I N G S      S T A T E M E N T** |
|---|---|

**EMP #**
**02091067**
**Cost Center: 10311011**

**Period Beginning:**   03/15/2026
**Period Ending:**      03/21/2026
**Check Date:**         03/27/2026
**Pers. No**            10009799

**Basis of Pay:**          Hourly

**Luis Floriano**
**644 New Buckley St**
**Bristol PA  19007**

```
------------------------------------------------------------
 Total Work Hours for Pay Period                    38.02
------------------------------------------------------------
```

**The American Bottling Company**
**6425 Hall of Fame Lane**
**Frisco, TX 75034**                           **Check Date:03/27/2026**

**Phone  866-537-6947**

**T H I S   I S   N O T   A   C H E C K !!!**                    **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| **Luis Floriano** | | | | |

**Keurig Dr Pepper™**

| EMP # | E A R N I N G S     S T A T E M E N T |
|-------|---------------------------------------|
| 02091067 | |
| Cost Center: 10311011 | |

Period Beginning:  03/08/2026
Period Ending:     03/14/2026
Check Date:        03/20/2026
Pers. No           10009799

Basis of Pay:          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|----------|------|-------------|--------|--------------|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 10,675.26 |
| Overtime 1.0 | 23.61 | 5.23 | 123.48 | 1,092.66 |
| Calculated OT0.5 | 11.81 | 5.23 | 61.77 | 546.57 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 188.88 |
| Mileage Reimbur | | | 150.00 | 1,710.00 |
| Gross Pay | | | 1,279.65 | 15,535.53 |

Tax Deductions: Federal

| | | |
|---|---|---|
| Withholding Tax | 85.00- | 1,086.78- |
| EE Social Security Tax | 65.17- | 798.76- |
| EE Medicare Tax | 15.25- | 186.81- |

Tax Deductions: New Jersey

| | | |
|---|---|---|
| EE Unemployment Tax | 4.32- | 52.88- |
| EE Workforce Devlpmt T | 0.48- | 5.88- |
| EE Disability Tax | 2.15- | 26.27- |
| EE Family Leave Insur | 2.60- | 31.80- |

Tax Deductions: Pennsylvania

| | | |
|---|---|---|
| Withholding Tax | 32.27- | 395.52- |

Additional Deductions

| | | |
|---|---|---|
| *Medical Pre Tax | 41.29- | 495.48- |
| *Dental Pre Tax | 10.79- | 129.48- |
| *Vision Pre Tax | 1.45- | 17.40- |
| *HSA | 25.00- | 300.00- |
| 401k Loan 1 | 10.57- | 126.84- |
| Union Dues | | 177.00- |
| Total Net Pay | 983.31 | 11,704.63 |

| Quota Summary | Earned | Used | Balance |
|---------------|--------|------|---------|
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 8.00 | 32.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | Amount |
|----------------|--------|
| Direct Deposit | 450.00 |
| Direct Deposit | 533.31 |

Messages
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,051.12

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034

Check Date:03/20/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!                    N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|------------------------------|--------------|-------------|----------------|---|--------|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 533.31 |

**Keurig DrPepper™**

| EMP # | **E A R N I N G S     S T A T E M E N T** |
|---|---|
| 02091067 | |
| Cost Center: 10311011 | |

Period Beginning:   03/08/2026
Period Ending:      03/14/2026
Check Date:         03/20/2026
Pers. No            10009799

Basis of Pay:          Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

```
-----------------------------------------------------------
 Total Work Hours for Pay Period                      45.23
-----------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034                          Check Date:03/20/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!                    N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |

**KEURIG DrPepper™**

| | |
|---|---|
| **EMP #**<br>02091067<br>Cost Center: 10311011 | **E A R N I N G S    S T A T E M E N T** |

| | |
|---|---|
| | Period Beginning:   03/01/2026<br>Period Ending:      03/07/2026<br>Check Date:         03/13/2026<br>Pers. No           10009799 |

**Basis of Pay:**        Hourly

Luis Floriano
644 New Buckley St
Bristol PA  19007

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Hourly | 23.61 | 40.00 | 944.40 | 9,730.86 |
| Overtime 1.0 | 23.61 | 4.30 | 101.52 | 969.18 |
| Calculated OT0.5 | 11.81 | 4.30 | 50.78 | 484.80 |
| Holiday | | | | 755.52 |
| Vacation | | | | 188.88 |
| Floating Hol | | | | 377.76 |
| Sick Pay | | | | 188.88 |
| Mileage Reimbur | | | 150.00 | 1,560.00 |
| ---------------------------------------------------------------- | | | | |
| Gross Pay | | | 1,246.70 | 14,255.88 |
| ---------------------------------------------------------------- | | | | |
| Tax Deductions: Federal | | | | |
|  Withholding Tax | | | 81.05- | 1,001.78- |
|  EE Social Security Tax | | | 63.13- | 733.59- |
|  EE Medicare Tax | | | 14.76- | 171.56- |
| Tax Deductions: New Jersey | | | | |
|  EE Unemployment Tax | | | 4.19- | 48.56- |
|  EE Workforce Devlpmt T | | | 0.47- | 5.40- |
|  EE Disability Tax | | | 2.08- | 24.12- |
|  EE Family Leave Insur | | | 2.52- | 29.20- |
| Tax Deductions: Pennsylvania | | | | |
|  Withholding Tax | | | 31.26- | 363.25- |
| | | | | |
| Additional Deductions | | | | |
| ---------- ---------- | | | | |
|  *Medical Pre Tax | | | 41.29- | 454.19- |
|  *Dental Pre Tax | | | 10.79- | 118.69- |
|  *Vision Pre Tax | | | 1.45- | 15.95- |
|  *HSA | | | 25.00- | 275.00- |
|  401k Loan 1 | | | 10.57- | 116.27- |
|  Union Dues | | | | 177.00- |
| ---------------------------------------------------------------- | | | | |
| Total Net Pay | | | 958.14 | 10,721.32 |
| ---------------------------------------------------------------- | | | | |

| Quota Summary | Earned | Used | Balance |
|---|---|---|---|
| --------------------------------------------------- | | | |
| FloatHol | 32.00 | 16.00 | 16.00 |
| SICKBAL | 40.00 | 8.00 | 32.00 |
| Vacation | 120.00 | 8.00 | 112.00 |

| Payment Method | | Amount |
|---|---|---|
| --------------------------------------------------- | | |
| Direct Deposit | | 450.00 |
| Direct Deposit | | 508.14 |

Messages
----------
Check available balance in Kronos
Check available balance in Kronos

Your federal taxable wages      1,018.17

*Excluded from Federal Taxable Wages

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034                                    Check Date:03/13/2026

Phone  866-537-6947

**T H I S   I S   N O T   A   C H E C K !!!**                    **N O N  -  N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Luis Floriano | Bank transfer | XXXXX36511 | 031000503 | USD | 450.00 |
| | Bank transfer | XXXXX16422 | 031000503 | USD | 508.14 |

**Keurig DrPepper™**

| EMP # | E A R N I N G S   S T A T E M E N T |
|---|---|
| 02091067 | |
| Cost Center: 10311011 | |

Period Beginning:   03/01/2026
Period Ending:      03/07/2026
Check Date:         03/13/2026
Pers. No            10009799

Luis Floriano
644 New Buckley St
Bristol PA  19007

Basis of Pay:          Hourly

```
-----------------------------------------------------------
 Total Work Hours for Pay Period                    44.30
-----------------------------------------------------------
```

The American Bottling Company
6425 Hall of Fame Lane
Frisco, TX 75034                              Check Date:03/13/2026

Phone  866-537-6947

T H I S   I S   N O T   A   C H E C K !!!              N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Luis Floriano | | | | |